IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No. 10-cr-00455-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  TRUNG PHAM,

    Defendant.

## JUDGMENT OF ACQUITTAL

On March 1, 2012, the Defendant was found not guilty on all counts.  It is hereby

ORDERED that the Defendant Trung Pham is acquitted, discharged and bond is exonerated.

DATED at Denver, Colorado this 2nd day of March, 2012.

                FOR THE COURT:

                GREGORY C. LANGHAM, CLERK

                By: Edward P. Butler
                      Edward P. Butler
                      Deputy Clerk